## 68695. LUMBERMEN'S MUTUAL CASUALTY COMPANY v. PATTILLO CONSTRUCTION COMPANY, INC.
(334 SE2d 222)

SOGNIER, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, 254 Ga. 461 (330 SE2d 344) (1985), our decision in *Lumbermen's Mut. Cas. Co. v. Pattillo Constr. Co.*, 172 Ga. App. 452 (323 SE2d 649) (1984), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Deen, P. J., and McMurray, P. J., concur.*

DECIDED JULY 10, 1985.

*Stephen L. Cotter, Sergio O. Alvarez, Jonathan M. Engram*, for appellant.
*Lowell S. Fine, G. Michael Banick*, for appellee.